IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY DUPREE, JR.,           )
                               )
         Plaintiff,            )
                               )
    v.                         )        1:12CV345
                               )
CITY OF LEXINGTON POLICE       )
DEPT., et al.,                 )
                               )
         Defendants.           )

**ORDER**

This matter is before this court for review of the Memorandum Opinion, Order and Recommendation ("Recommendation") filed on May 17, 2012, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 4.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under 28 U.S.C. § 1915(e)(2), as frivolous, for failing to state a claim, and due to the immunity of a Defendant. The Recommendation was served on the parties to this action on May 18, 2012. Plaintiff filed timely objections (Doc. 6) to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made

by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Doc. 4) is **ADOPTED**. **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2), as frivolous, for failing to state a claim, and due to the immunity of a Defendant.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of September, 2012.

/s/ William L. Osteen, Jr.
United States District Judge